**Entered on Docket
June 02, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the court.
Signed June 1, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re | 
| No. 14-41924
Jonathan Anthony Lewis, |
| Chapter 7
Debtor. |

**MEMORANDUM REGARDING ORDER GRANTING TRUSTEE'S CROSS-MOTION THAT THE EXCESS FORECLOSURE SALE PROCEEDS ARE PROPERTY OF THE BANKRUPTCY ESTATE WHICH WERE NOT ABANDONED BY THE ESTATE**

On May 25, 2016, the Court held a hearing on Debtor's *Motion for Proceeds* (doc. 76) (the "Motion") and the Chapter 7 Trustee's *Cross-Motion Seeking Determination that Excess Proceeds are Property of the Estate Which Have Not Been Abandoned* (doc. 83) (the "Cross-Motion"). Appearances were stated on the record. At the conclusion of the hearing, the Court denied Debtor's Motion and granted the Trustee's Cross-Motion for all of the reasons stated on the record.

The Court instructed counsel for the Trustee to provide Debtor an opportunity to review the form of proposed order for approval prior to the order being entered. The Court's request to the Trustee was for the benefit of Debtor in making sure that Debtor agreed with the language in the proposed order prior to it being entered on the Court's docket. The Court is informed and believes that counsel for the Chapter 7 Trustee appropriately complied with the

Court's request by sending a copy of the proposed order to Debtor for his review. Counsel for the Trustee informs the Court that Debtor did not approve the proposed order and instead replied to the Trustee's correspondence with the handwritten note attached to this Memorandum as **Exhibit 1**.

Having considered the proposed order in conjunction with Debtor's handwritten comment, the Court will, concurrently hereto, enter the proposed order for the following reasons:

1. The proposed order appropriately and accurately reflects the Court's ruling after the hearing on May 25, 2016.
2. The handwritten statement from Debtor was not a principled objection to the language in the Trustee's proposed order.
3. The Court is neither denying nor hindering Debtor's right to appeal by entering the proposed order.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

**Jonathan Anthony Lewis**
c/o JAL Service Trust
484 Lake Park Ave #117
Oakland, CA 94610